UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER (S) OF: | ) | CASE NUMBER |
|---|---|---|
|  | ) |  |
| BRIAN & DIANE WHELAN | ) | 15-40022 |
| FRANK & ROBIN WEBER | ) | 16-80484 |
| HOLT JOHNSON | ) | 19-80326 |
| FRANCES FORTENBERRY | ) | 19-80550 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| DEBTORS | ) |  |

TRANSMITTAL OF UNCLAIMED FUNDS TO THE CLERK

At Omaha, in said District on the 19th day of June 2020, it appearing that various checks issued in several proceedings, all as more particularly described in the attached schedules, were issued and delivered by Trustee, but that the said claimants have not negotiated the said checks and have not claimed said sums for more that sixty days, now on Motion of Court and with no adverse interest being represented, it is

Ordered that Kathleen A. Laughlin, Trustee, be and she hereby is authorized and directed to pay to The Clerk of the United States Bankruptcy Court for the District of Nebraska, the sum of $5,601.57 shall be held in the Registry of the Court pursuant to applicable statutes, and which sum represents monies unclaimed by creditors whose names and last known addresses are as set forth in the attached schedules.

**UNCLAIMED FUNDS TO THE CLERK**

| CASE # | LAST NAME | CHK # | CHK DATE | AMOUNT | PAYEE NAME | ADDRESS 1 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 1540022 | WHELAN | 756669 | 6/19/2020 | 37.00 | BRIAN & DIANE WHELAN | 924 S CHERRY ST | GRAND ISLAND | NE | 68801 |
| 1680484 | WEBER | 756669 | 6/19/2020 | 16.00 | FRANK & ROBIN WEBER | 1233 E 18TH ST | FREMONT | NE | 68025 |
| 1980326 | JOHNSON | 756669 | 6/19/2020 | 3,536.57 | HOLT JOHNSON | 14770 CALIFORNIA | OMAHA | NE | 68154 |
| 1980550 | FORTENBERRY | 756669 | 6/19/2020 | 2,012.00 | FRANCES FORTENBERRY | 3936 NORTH 38TH ST | OMAHA | NE | 68111 |
|  |  |  | TOTAL | $ 5,601.57 |  |  |  |  |  |

6-19-2020